**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-11100-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Milford Eugene Rimer, III<br>202 Kennard Road<br>Greenville PA 16125 | Connie Lynn Rimer<br>202 Kennard Road<br>Greenville PA 16125 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/09/17                                             Michael R. Rhodes
                                                             **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Milford Eugene Rimer, III
Connie Lynn Rimer
    Debtors

Case No. 16-11100-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: Jun 07, 2017
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14334731     +E-mail/PDF: cbp@onemainfinancial.com Jun 08 2017 01:05:58     ONEMAIN,   605 MUNN RD, FORT MILL, SC 29715-8421
                                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:
        Daniel P. Foster   on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster   on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com
        Jerome B. Blank   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com
        John F. Kroto   on behalf of Creditor   Ally Financial serviced by Ally Servicing, LLC jkroto@kmgslaw.com, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com,kperschka@kmgslaw.com
        Mario J. Hanyon   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                   TOTAL: 8