# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/15/17 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re: :  Bankruptcy No. 16-11100-TPA
Milford Eugene Rimer, III AND :  Chapter 13
Connie Lynn Rimer, :
    Debtors :
 : Related to Document No. 41
Milford Eugene Rimer, III AND :
Connie Lynn Rimer, :
    Movants :
        v. :
Ditech, :
 :
        AND :
 :
Ronda J. Winnecour/Esquire :
Chapter 13 Trustee, :
    Respondents :

## ORDER

A *Loss Mitigation Order* dated May 2, 2017, was entered in the above matter at Document No. 39. On June 5, 2017, a **Motion to Extend the Loss Mitigation Period** was filed by Milford Eugene Rimer, III and Connie Lynn Rimer at Document No. 41.

**AND NOW**, this 15th day of June, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* July 17, 2017.

Thomas P. Agresti,  ljm
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                 Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 16-11100-TPA
Milford Eugene Rimer, III                                           Chapter 13
Connie Lynn Rimer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: amaz              Page 1 of 1                  Date Rcvd: Jun 15, 2017
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         +Milford Eugene Rimer, III,   Connie Lynn Rimer,   202 Kennard Road,   Greenville, PA 16125-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
               pawb@fedphe.com
              John F. Kroto    on behalf of Creditor   Ally Financial serviced by Ally Servicing, LLC
               jkroto@kmgslaw.com,   knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com,
               kperschka@kmgslaw.com
              Mario J. Hanyon    on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8