# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/28/17 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-11100-TPA |
| Milford Eugene Rimer, III AND | : | Chapter 13 |
| Connie Lynn Rimer, | : | |
| Debtors | : | |
| | : | Related to Document No. 48 |
| Milford Eugene Rimer, III AND | : | |
| Connie Lynn Rimer, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| Ditech, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## ORDER

A *Loss Mitigation Order* dated June 15, 2017, was entered in the above matter at Document No. 45. On July 17, 2017, a **Motion to Extend the Loss Mitigation Period** was filed by Milford Eugene Rimer, III and Connie Lynn Rimer at Document No. 48.

*AND NOW*, this 28th day of July, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* August 28, *2017*.

Thomas P. Agresti,    ljm
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                 Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-11100-TPA
Milford Eugene Rimer, III                                                Chapter 13
Connie Lynn Rimer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil               Page 1 of 1            Date Rcvd: Jul 28, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db/jdb         +Milford Eugene Rimer, III,    Connie Lynn Rimer,    202 Kennard Road,    Greenville, PA 16125-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           pawb@fedphe.com
          John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
           jkroto@kmgslaw.com,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com,
           kperschka@kmgslaw.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8