# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-11100-TPA |
|    Milford Eugene Rimer, III AND | : | Chapter 13 |
|    Connie Lynn Rimer, | : | |
|        Debtors | : | |
| | : | Related to Document No. 52 |
|    Milford Eugene Rimer, III AND | : | |
|    Connie Lynn Rimer, | : | |
|        Movants | : | |
|           v. | : | |
| | : | |
| Ditech, | : | |
| | : | |
|           AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|        Respondents | : | |

## **CERTIFICATE OF SERVICE**

     I, Kathryn Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Order** on the parties listed below.

Executed on: <u>September 5, 2017</u>

By: /s/ Kathryn Schwartz
Kathryn Schwartz
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Milford & Connie Rimer
202 Kennard Road
Greenville, PA 16125

Ditech
PO Box 6172
Rapid City, SD 57709