Document    Page 1 of 1

FILED
9/14/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-11100-TPA |
| | : | |
| Milford Eugene Rimer, III | : | Chapter: 13 |
| Connie Lynn Rimer | : | |
| *Debtor(s).* | : | |
| | : | Date: 9/13/2017 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**   #51 Motion to Extend the Loss Mitigation Period

**APPEARANCES:**

    Debtor:   Daniel P. Foster
    Ditech:   James Warmbrodt (video)
    Trustee:  Owen Katz

**NOTES:**

Foster:   Resubmitted packet for Debtors. There was a delay on our end.

Warmbrodt:   Agree with extension of 45 days. (11:38) Hopefully an expedited decision can be made.

**OUTCOME:**   GRANTED. LMP extended for 45 days.

*[signature]*
ljm