Case 16-11100-TPA    Doc 68    Filed 12/08/17    Entered 12/08/17 10:43:49    Desc Main
Document    Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-11100-TPA |
| | : | |
| **Milford Eugene Rimer III and** | : | CHAPTER 13 |
| Connie Lynn Rimer, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Milford Eugene Rimer III,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **General Electric Company,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 8, 2017     By: /s/ Clarissa Bayhurst
                                  CLARISSA BAYHURST, PARALEGAL
                                  FOSTER LAW OFFICES
                                  Po Box 966
                                  Meadville, PA 16335
                                  Tel 814.724.1165
                                  Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**GENERAL ELECTRIC COMPANY**
**PO BOX 60300**
**FORT MYERS FL 33906**