**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Milford Eugene Rimer, III and Connie Lynn Rimer |
|---|---|
| CASE NO. | 16-11100-TPA |
| RELATED TO DOCUMENT NO. | Withdrawal of Notice of Mortgage Payment Change filed 1/31/2018 using the event Notice of Mortgage Payment Change |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Withdrawal of Notice of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The filing party does not have access to the Withdrawal Event in CM/ECF; and therefore, must file the Withdrawal of Notice of Mortgage Payment Change in paper format with the Clerk's Office.**

**Please attach a copy of this Notice to the front of the Withdrawal of Notice of Mortgage Payment Change that is filed in response to this Notice.**

| February 1, 2018 | By: | Anne Mazza |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-11100-TPA
Milford Eugene Rimer, III                                             Chapter 13
Connie Lynn Rimer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz              Page 1 of 1             Date Rcvd: Feb 01, 2018
                              Form ID: pdf901         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
cr            +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2018 04:40:39     Ditech Financial, LLC,
               Attn: Amy Michaels,   1400 Turbine Drive,   Suite 200,   Rapid City, SD 57703-4719
              +E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2018 04:40:39     Ditech Financial, LLC,
               c/o Amy Michaels,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               pawb@fedphe.com
              John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
               john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9