IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/16/18 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

CONNIE LYNN RIMER and : Case No. 16-11100-TPA
MILFORD EUGENE RIMER III :
*Debtors* : Chapter 13
: Related to Claim No. 8

## ORDER

On February 2, 2018 a *Notice of Postpetition Mortgage Fees, Expenses, and Charges*, Official Form 410S2, was filed in this case regarding Claim No. 8-1 ("Notice"). The Court has determined that the *Notices* do not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a) A computation of the mortgage fees, expenses, and charges.
(b) A complete and accurate loan payment history.
(c) Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d) For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e) After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f) A Declaration affirming the veracity and accuracy of the foregoing.

*AND NOW, this 16th day of February, 2018*, in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that: (1) **on or before March 9, 2018,** the Party filing the *Notices* shall supplement them to comply with the above requirements or it will be **DISMISSED** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is **STAYED** but will commence to run on the filing of the supplement.

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

c: Ronda Winnecour, Esq., Trustee
Counsel for the Debtors
Debtors
Amy Michaels, Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 16-11100-TPA
Milford Eugene Rimer, III Chapter 13
Connie Lynn Rimer
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: amaz Page 1 of 1 Date Rcvd: Feb 16, 2018
 Form ID: pdf900 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db/jdb +Milford Eugene Rimer, III, Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417
cr +DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 E-mail/Text: bankruptcy.bnc@ditech.com Feb 17 2018 02:42:28 Ditech Financial LLC,
 Attn: Amy Michaels, P.O. Box 6154, Rapid City, SD 57709-6154
 TOTAL: 1

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
 Daniel P. Foster on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
 Daniel P. Foster on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
 James Warmbrodt on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com
 Jerome B. Blank on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com
 Jerome B. Blank on behalf of Creditor The Bank of New York Mellon Trust Company, NA etal pawb@fedphe.com
 John F. Kroto on behalf of Creditor Ally Financial serviced by Ally Servicing, LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
 Mario J. Hanyon on behalf of Creditor Ditech Financial LLC pawb@fedphe.com
 Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
 Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
 TOTAL: 9