Case 16-11100-TPA    Doc 75    Filed 03/14/18    Entered 03/15/18 00:53:44    Desc Imaged
                    Certificate of Notice    Page 1 of 2

FILED
3/12/18 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CONNIE LYNN RIMER and | : | Case No. 16-11100 TPA |
| MILFORD EUGENE RIMER III | : | Chapter 13 |
| *Debtor* | : | Related to Claim No. 8 |
| | : | Related to Document No. 72 |

## ORDER DISMISSING NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

*AND NOW*, this **12th** day of ***March, 2018***, the Court having issued an Order on February 16, 2018 requiring the ***Notice of Postpetition Mortgage Fees, Expenses, and Charges*** ("Notice") to be supplemented on or before March 9, 2018 to provide additional information to support the fees, expenses or charges set forth therein, and the deadline having now passed with nothing further having been filed to supplement the *Notice*, it is therefore ***ORDERED, ADJUDGED*** and ***DECREED*** that the *Notice* is ***DISMISSED with prejudice.***

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq.
    Counsel for the Debtor
    Debtors
    Amy Michaels, Ditech LLC
    P.O. Box 6154
    Rapid City, SD 57709-6154

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-11100-TPA
Milford Eugene Rimer, III                                                 Chapter 13
Connie Lynn Rimer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz               Page 1 of 1             Date Rcvd: Mar 12, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db/jdb         +Milford Eugene Rimer, III,   Connie Lynn Rimer,   202 Kennard Road,   Greenville, PA 16125-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2018 01:49:37      Ditech Financial LLC,
                 Attn: Amy Michaels,   P.O. Box 6154,   Rapid City, SD   57709-6154
14321944       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2018 01:49:37      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal
               pawb@fedphe.com
              John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
               john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9