# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| **CASE NAME** | MILFORD EUGENE RIMER, III AND CONNIE LYNN RIMER |
|---|---|
| **CASE NO.** | 16-11100-TPA |
| **RELATED TO DOCUMENT NO.** | Notice of Mortgage Payment Change (Claim # 3) filed on April 13, 2018 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**During filing the Notice was linked to Claim Number 3; however, on the attached pdf Claim Number 8 is indicated.**

You must file the Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

|  |  |  |
|---|---|---|
| April 16, 2018 | By: | Anne Mazza |
| Date |  | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Milford Eugene Rimer, III
Connie Lynn Rimer
    Debtors

Case No. 16-11100-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: amaz    Page 1 of 1    Date Rcvd: Apr 16, 2018
                         Form ID: pdf901    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
cr           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                 E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2018 01:47:41     Ditech Financial LLC,    Attn: Ellen Pote,    P.O. Box 6154,    Rapid City, SD   57709-6154
                                                                                                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
         Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,    clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,    clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com
         John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
         Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                            TOTAL: 9