FILED
5/9/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  CONNIE LYNN RIMER                       :      Case No. 16-11100 TPA
  MILFORD EUGENE RIMER               :
        *Debtor(s)*                               :      Chapter 13
                                               :      Related to Claim No. 8-1

## ORDER

AND NOW, this *9th* day of *May, 2018*, the Court having issued an Order on April 12, 2018 requiring the *Notice of Postpetition Mortgage Fees, Expenses, and Charges* ("Notice") that was filed regarding Claim No. 8-1 be supplemented on or before *May 3, 2018* by providing additional information to support the alleged fees, expenses or charges set forth therein, and the deadline having now passed with nothing further having been filed to supplement the *Notice*, therefore pursuant to said Order,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)     The *Notice* is **DISMISSED with prejudice**.

(2)     *On or before June 8, 2018, Ditech Financial LLC,* the party on whose behalf the *Notice* was filed, shall take any and all steps necessary to ensure that any reference to the fees, expenses and charges set forth in the *Notice* are removed from the loan history and accounts.

(3)     *Ditech Financial LLC* and its successors and assigns are hereinafter prohibited from making any attempt to collect the removed fees, expenses and charges from the Debtor(s).

                                                          Thomas P. Agresti, Judge    ljm
                                                          United States Bankruptcy Court

Case Administrator to serve:
     Debtor(s)
     Debtor(s)' Counsel
     Jerome Blank, Esq.
     Tyler Scarborough, Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154
     Trustee

Revised: March 27, 2018

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Milford Eugene Rimer, III
Connie Lynn Rimer
    Debtors

Case No. 16-11100-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: May 09, 2018
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db/jdb       +Milford Eugene Rimer, III,    Connie Lynn Rimer,    202 Kennard Road,    Greenville, PA 16125-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: bankruptcy.bnc@ditech.com May 10 2018 02:24:36     Ditech Financial LLC,
        Attn: Tyler Scarborough,    P.O. Box 6154,    Rapid City, SD    57709-6154
                                                       TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
        Daniel P. Foster    on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
        bkgroup@kmllawgroup.com
        Jerome B. Blank     on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal
        pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
        pawb@fedphe.com
        John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
        john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
        Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                         TOTAL: 9