2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-11100-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Milford Eugene Rimer, III<br>202 Kennard Road<br>Greenville PA 16125 | Connie Lynn Rimer<br>202 Kennard Road<br>Greenville PA 16125 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/03/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Milford Eugene Rimer, III
Connie Lynn Rimer
    Debtors

Case No. 16-11100-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: Oct 01, 2018
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14332654       E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 03:33:26      Ally Financial,
      PO Box 130424,    Roseville MN 55113-0004
                                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
          Daniel P. Foster     on behalf of Debtor Milford Eugene Rimer, III dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster     on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           bkgroup@kmllawgroup.com
          Jerome B. Blank     on behalf of Creditor    The Bank of New York Mellon Trust Company, NA etal
           pawb@fedphe.com
          Jerome B. Blank     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           pawb@fedphe.com
          John F. Kroto     on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
           john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Mario J. Hanyon     on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                   TOTAL: 9