**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-11100-TPA |
| | : | |
| **Milford Eugene Rimer III and** | : | CHAPTER 13 |
| **Connie Lynn Rimer,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Milford Eugene Rimer III,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 91 |
| | : | |
| vs. | : | |
| | : | |
| **General Electric Company,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 29, 2019</u>

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**GENERAL ELECTRIC COMPANY**
**PO BOX 60300**
**FORT MYERS FL 33906**