Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Milford Eugene Rimer III**
**Connie Lynn Rimer**
   Debtor(s)

Bankruptcy Case No.: 16–11100–TPA
Related to Docket No. 108
Chapter: 13
Docket No.: 109 – 108
Concil. Conf.: 4/13/21 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 15, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/13/21** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 7, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 16-11100-TPA
Milford Eugene Rimer, III                                                                Chapter 13
Connie Lynn Rimer
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                           User: lmar                                    Page 1 of 3
Date Rcvd: Jan 07, 2021                 Form ID: 213                           Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417 |
| jdb | #+ | Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321938 | + | Aarons Sales & Lease, Attn: Bankruptcy, 309 East Paces Ferry Road NE, Atlanta, GA 30305-2367 |
| 14321944 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14345133 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14419912 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14321946 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14321948 | + | Nationstar Mortgage LLC, PO Box 619079, Dallas, TX 75261-9079 |
| 15183814 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15228183 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14321949 | + | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14321953 | + | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14399585 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14394940 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 08 2021 04:23:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:42:31 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14332654 | | Email/Text: ally@ebn.phinsolutions.com | Jan 08 2021 04:23:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14321939 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 08 2021 04:23:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14333729 | + | Email/Text: chrisj@reedoil.com | Jan 08 2021 04:23:00 | Brownies Oil Co., PO Box 7, Conneaut Lake, PA 16316-0007 |
| 14321941 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 06:36:46 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14321940 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 06:42:29 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 213 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14321943 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2021 06:32:08 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14400195 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 08 2021 06:42:44 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14321945 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 08 2021 04:24:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14923395 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 04:24:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14378537 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 04:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321947 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 04:24:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14334731 | + | Email/PDF: cbp@onemainfinancial.com | Jan 08 2021 06:36:42 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14321950 | + | Email/PDF: cbp@onemainfinancial.com | Jan 08 2021 06:36:42 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14321951 | | Email/Text: bankruptcypgl@plaingreenloans.com | Jan 08 2021 04:24:00 | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14639737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:32:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14377050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:36:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325588 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:42:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321952 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:42:31 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14321954 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:42:27 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14321955 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 08 2021 04:23:00 | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |
| 14321956 | + | Email/Text: rmcbknotices@wm.com | Jan 08 2021 04:24:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14321957 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:42:27 | WebBank, c/o Bill Me Later, Inc., PO Box 5018, Timonium, MD 21094-5018 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon Trust Company, NA etal |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378589 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321942 | ##+ | Clear Spring Loan Service, 18451 North Dallas Parkway, Dallas, TX 75287-5202 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 213 | Total Noticed: 40 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
 on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
 on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com

Daniel P. Foster
 on behalf of Debtor Milford Eugene Rimer III dan@mrdebtbuster.com,
 katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
 on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com
 katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
 on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pawb@fedphe.com

Jerome B. Blank
 on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com

John F. Kroto
 on behalf of Creditor Ally Financial serviced by Ally Servicing LLC john_kroto@pawb.uscourts.gov,
 knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Mario J. Hanyon
 on behalf of Creditor Ditech Financial LLC mario.hanyon@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 11