**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-11100-TPA |
| | : | |
| **Milford Eugene Rimer III and** | : | |
| **Connie Lynn Rimer,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: 114 |
| **Connie Lynn Rimer,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ford Motor Credit Company,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO AVOID AND CANCEL A JUDGMENT LIEN WITH FORD MOTOR CREDIT COMPANY, filed on February 24, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than March 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: March 15, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by Certified Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>March 15, 2021</u> | <u>*By: /s/ Kristen N. Dennis*</u><br>Kristen N. Dennis, PARALEGAL<br>FOSTER LAW OFFICES<br>1210 Park Avenue<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.1158 |

## MATRIX

Milford & Connie Rimer
202 Kennard Road
Greenville, PA 16125

Ford Motor Credit Company
C/O Jim Farley
P.O. Box 6248,
Dearborn, MI 48126

Burton Neil & Associates
C/O Loyd Markind
1060 Andrew Drive, Suite 170
West Chester, PA 19380

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov