# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-11100-TPA |
| | : | |
| **Milford Eugene Rimer III and** | : | |
| **Connie Lynn Rimer,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 115 |
| **Connie Lynn Rimer,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ford Motor Credit Company,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER ON MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: March 17, 2021

By: */s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Milford & Connie Rimer
202 Kennard Road
Greenville, PA 16125

Ford Motor Credit Company
C/O Jim Farley
P.O. Box 6248,
Dearborn, MI 48126

Burton Neil & Associates
C/O Loyd Markind
1060 Andrew Drive, Suite 170
West Chester, PA 19380

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov