FILED
3/16/21 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO.  16-11100-TPA |
| | : | |
| Milford Eugene Rimer III and | : | |
| Connie Lynn Rimer, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 112 |
| Connie Lynn Rimer, | : | |
| Movant, | : | HEARING DATE AND TIME: |
| | : | March 24, 2021 at 10:30 AM |
| vs. | : | |
| | : | |
| Ford Motor Credit Company, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR

**AND NOW** this ___16th___ day of _____March_____, 2021, upon the Movant's Motion to Avoid and Cancel a Judgment Lien which impairs an exemption of the Debtor/Movant.

It is hereby **ORDERED, ADJUDGED, and DECREED** that the judgment lien held by Ford Motor Credit Company, in and on Debtors' residential real estate at 202 Kennard Road, Greenville, PA 16125, Parcel No. 30-018-063, entered of record in the November term, 2013 of the Court of Common Pleas, Mercer County is hereby cancelled.

It is further **ORDERED** that Ford Motor Credit Company is directed forthwith to take all steps necessary and appropriate to remove it from the local judgment index.

Thomas P. Agresti, *Judge*   **ljm**
*United States Bankruptcy Court*

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                            Case No. 16-11100-TPA

Milford Eugene Rimer, III                                                         Chapter 13

Connie Lynn Rimer

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: lfin                          Page 1 of 2

Date Rcvd: Mar 16, 2021                     Form ID: pdf900                      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

**Recip ID                  Recipient Name and Address**
db              +  Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417
jdb             #+ Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

**Name                            Email Address**

Brian Nicholas
                       on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
                       on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                       on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

Daniel P. Foster
                       on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com

District/off: 0315-1                          User: lfin                                   Page 2 of 2

Date Rcvd: Mar 16, 2021                  Form ID: pdf900                          Total Noticed: 2

                katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster

                on behalf of Debtor Milford Eugene Rimer  III dan@mrdebtbuster.com,
                katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank

                on behalf of Creditor The Bank of New York Mellon Trust Company  NA etal pawb@fedphe.com

Jerome B. Blank

                on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com

John F. Kroto

                on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov,
                knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Mario J. Hanyon

                on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

                cmecf@chapter13trusteewdpa.com


TOTAL: 11