Case 16-11100-TPA    Doc 118    Filed 04/15/21    Entered 04/15/21 09:54:19    Desc Main
Document    Page 1 of 1

FILED
4/15/21 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

Debtor: Milford Eugene Rimer, III
Connie Lynn Rimer
Case Number: 16-11100-TPA    (Chapter 13)
Date / Time / Room: 04/13/2021 10:00 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #108 - Trustee's Certificate of Default to Dismiss
#111 - Resp by Debtor

## *Appearances:*

Debtor: Foster
Trustee: Winnecour/ Katz / DeSimone    Warmbrodt
Creditor:

## *Proceedings:*

Recommended Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ Days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to $1,248, effective 4/21.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. ✓ Other: COD resolved per order attached

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: