FILED
4/15/21 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

(N.)

| | |
|---|---|
| In re:<br>MILFORD EUGENE RIMER, III<br>CONNIE LYNN RIMER<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>vs.<br>MILFORD EUGENE RIMER, III<br>CONNIE LYNN RIMER<br>        Respondent(s) | Case No. 16-11100TPA<br>Chapter 13<br><br>Related to Document No. 108 |

## ORDER

AND NOW, this 15th day of April, 2021, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 1,248 effective 4/21 .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ___ with / ___ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

_____
United States Bankruptcy Judge    ljm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11100-TPA |
| Milford Eugene Rimer, III | Chapter 13 |
| Connie Lynn Rimer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 3 |
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417 |
| jdb | #+ | Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321938 | + | Aarons Sales & Lease, Attn: Bankruptcy, 309 East Paces Ferry Road NE, Atlanta, GA 30305-2367 |
| 14321944 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14345133 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14419912 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14321946 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14321948 | + | Nationstar Mortgage LLC, PO Box 619079, Dallas, TX 75261-9079 |
| 15183814 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15228183 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14321949 | + | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14321953 | + | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14399585 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14394940 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2021 03:48:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:29:18 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14332654 | | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2021 03:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14321939 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2021 03:48:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14333729 | + | Email/Text: chrisj@reedoil.com | Apr 16 2021 03:48:00 | Brownies Oil Co., PO Box 7, Conneaut Lake, PA 16316-0007 |
| 14321941 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:20:37 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14321940 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:20:38 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 16-11100-TPA Doc 121 Filed 04/17/21 Entered 04/18/21 00:39:17 Desc
Imaged Certificate of Notice Page 4 of 5

| District/off: 0315-1 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 14321943 | + Email/PDF: creditonebknotifications@resurgent.com<br>Apr 16 2021 03:20:44 | | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14400195 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM<br>Apr 16 2021 03:29:40 | | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14321945 | + Email/Text: bnc-bluestem@quantum3group.com<br>Apr 16 2021 03:49:00 | | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14923395 | Email/Text: JCAP_BNC_Notices@jcap.com<br>Apr 16 2021 03:49:00 | | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14378537 | + Email/Text: bankruptcydpt@mcmcg.com<br>Apr 16 2021 03:48:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321947 | + Email/Text: bankruptcydpt@mcmcg.com<br>Apr 16 2021 03:48:00 | | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14334731 | + Email/PDF: cbp@onemainfinancial.com<br>Apr 16 2021 03:36:51 | | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14321950 | + Email/PDF: cbp@onemainfinancial.com<br>Apr 16 2021 03:36:53 | | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14321951 | Email/Text: bankruptcypgl@plaingreenloans.com<br>Apr 16 2021 03:49:00 | | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14377050 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 16 2021 03:37:16 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14639737 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 16 2021 03:29:18 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14325588 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 16 2021 03:29:19 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321952 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 16 2021 03:37:16 | | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14321954 | + Email/PDF: gecsedi@recoverycorp.com<br>Apr 16 2021 03:37:01 | | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14321955 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Apr 16 2021 03:48:00 | | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |
| 14321956 | + Email/Text: rmcbknotices@wm.com<br>Apr 16 2021 03:49:00 | | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14321957 | + Email/PDF: gecsedi@recoverycorp.com<br>Apr 16 2021 03:28:58 | | WebBank, c/o Bill Me Later, Inc., PO Box 5018, Timonium, MD 21094-5018 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon Trust Company, NA etal |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378589 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321942 | ##+ | Clear Spring Loan Service, 18451 North Dallas Parkway, Dallas, TX 75287-5202 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0315-1 User: lfin Page 3 of 3
Date Rcvd: Apr 15, 2021 Form ID: pdf900 Total Noticed: 40

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Milford Eugene Rimer III dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11