**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/31/2021

IN RE:

| | |
|---|---|
| MILFORD EUGENE RIMER, III<br>CONNIE LYNN RIMER<br>202 KENNARD ROAD<br>GREENVILLE, PA  16125<br>XXX-XX-4732          Debtor(s)<br><br>XXX-XX-7299 | Case No. 16-11100 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/31/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6613 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 2    INT %: 3.25%<br>Court Claim Number: 1<br>CLAIM:  16,002.79<br>COMMENT:  CL1GOV/CONF@MDFTERMS/PL*$/CL-PL@3.25%MDF/PL*FR ALLY-DOC 82 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5249 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4LMT*LMP DENIED*AMD*FR DITECH-DOC 99 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  3159 |
| **BROWNIE'S OIL CO.**<br>POB 312<br>GREENVILLE, PA  16125 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  115D |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM:  4,070.98<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1412 |
| **CLEARSPRING LOAN SERVICES++**<br>18451 NORTH DALLAS PKWY<br>DALLAS, TX  75287 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0109 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BELIEVED TO BE A DUP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3450 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SYNCHRONY BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0290 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  9,576.12<br>COMMENT:  1925~CITIFNCL/SCH*LOAN BGN 5/12/15*FR ONEMAIN-DOC 42 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0557 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA  23541-1067 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WEBBANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2899 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 693.43<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4657 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 518.51<br>COMMENT: HSBC BANK/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **REC MANAGEMENT SERVICE**<br>240 EMERY ST<br><br>BETHLEHEM, PA 18015 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WASTE MGMT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2148 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO 63304 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5360 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO 63304 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5356 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HSBC BANK++**<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(\*)**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WASTE MANAGEMENT\* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BILL ME LATER**<br>POB 2394<br><br>OMAHA, NE 68103-2394 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WEBBANK/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | CRED DESC / ACCOUNT NO. |
|---|---|---|
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:3-2<br>CLAIM:  2,440.68<br>COMMENT:  CL3ARRSGOV*2494.77/PL*THRU 11/16*LMP DENIED*AMD*FR DITECH-DOC 99 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3159 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:03-2<br>CLAIM:  0.00<br>COMMENT:  LMP DENIED*DKT*FR DITECH-DOC 99 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3159 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,224.44<br>COMMENT:  ACCT NT/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6613 |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  264.33<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4732 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  SURR/CONF*NT/SCH-PL*DK*W/26*FR BNY MELLON/DITECH-DOC 102*CL=61809.30 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  2695 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  62.91<br>COMMENT:  NT/SCH*W/25*FR BNY MELLON/DITECH-DOC 102 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2695 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  877.35<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8750 |
| **FORD MOTOR CREDIT CO LLC/FORD CREDIT****<br>C/O BURTON NEIL & ASSOCIATES PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA  19380 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  4,874.27<br>COMMENT:  AVD/OE*NT/SCH*UNPAID VEHICLE CONTRACT*JUDGMENT | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  4579 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  SURR/CONF*NT/PL*650/NTC-POSTPET FEE/EXP*REF CL*W/25*FR BNY MELLON/DI | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2695 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  SURR/CONF*DM/OE*NT/PL*122.05/NTC-POSTPET FEE/EXP*REF CL*W/25*FR BNY N | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2695 |