**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-11100-TPA |
| | : | |
| **Milford Eugene Rimer III and** | : | CHAPTER 13 |
| **Connie Lynn Rimer,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Milford Eugene Rimer III,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 130 |
| | : | |
| vs. | : | |
| | : | |
| **WABTEC/Wabco Locomotive Products,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 30, 2021              By: /s/ Kaitlyn E. Vale
                                             KAITLYN E. VALE, PARALEGAL
                                             FOSTER LAW OFFICES
                                             1210 Park Avenue
                                             Meadville, PA 16335
                                             Tel 814.724.1165
                                             Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**WABTEC/WABCO LOCOMOTIVE PRODUCTS**
**1001 AIR BRAKE AVE.**
**WILMERDING, PA 15148**