Certificate Number: 03088-PAW-DE-036237616

Bankruptcy Case Number: 16-11100



03088-PAW-DE-036237616

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2022, at 1:45 o'clock PM CST, Milford E Rimer III completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 3, 2022          By:   /s/Doug Tonne

Name: Doug Tonne

Title:  Counselor