Certificate Number: 03088-PAW-DE-036237617

Bankruptcy Case Number: 16-11100


03088-PAW-DE-036237617

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2022</u>, at <u>1:45</u> o'clock <u>PM CST</u>, <u>Connie Lynn Rimer</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>January 3, 2022</u>           By:     <u>/s/Doug Tonne</u>

                                        Name:  <u>Doug Tonne</u>

                                        Title:   <u>Counselor</u>