Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Milford Eugene Rimer, III |
| Debtor 2 (Spouse, if filing) | Connie Lynn Rimer |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 16-11100-TPA

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 2152

**Property address:** 202 KENNARD RD ,
Number         Street

GREENVILLE, PA 16125
City                  State           ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   3/1/2022
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____

c. Total. Add lines a and b.   (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

| Debtor 1 | Milford Eugene Rimer, III | | | Case Number (if known) | 16-11100-TPA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab                        Date 03/16/2022
    Signature

Print   Charles G. Wohlrab, Esq.                  Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number        Street

          Fairfield, NJ 7004
          City          State         ZIP Code

Contact   470-321-7112                            Email cwohlrab@raslg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Milford Eugene Rimer, III
202 Kennard Road
Greenville, PA 16125

Connie Lynn Rimer
202 Kennard Road
Greenville, PA 16125

And via electronic mail to:
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton

Email: jnorton@raslg.com