Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Milford Eugene Rimer III** | : | Case No. 16−11100−TPA |
| **Connie Lynn Rimer** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 147 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/1/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

    *AND NOW,* this *The 29th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 147 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before May 13, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***June 1, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Milford Eugene Rimer, III  
Connie Lynn Rimer  
    Debtors

Case No. 16-11100-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Mar 29, 2022      Form ID: 300b      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417 |
| jdb | #+ | Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14333729 | + | Brownies Oil Co., PO Box 7, Conneaut Lake, PA 16316-0007 |
| 14321944 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14345133 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14419912 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14321946 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14321948 | + | Nationstar Mortgage LLC, PO Box 619079, Dallas, TX 75261-9079 |
| 14321953 | + | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14399585 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15458961 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14394940 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:43:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 29 2022 23:43:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:51:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 29 2022 23:43:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321938 | + | Email/Text: bankruptcynotices@aarons.com | Mar 29 2022 23:44:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 East Paces Ferry Road NE, Atlanta, GA 30305-2367 |
| 14332654 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14321939 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:43:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14321941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Mar 29 2022 23:51:04 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14321940 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:51:09 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14321943 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2022 23:50:58 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14400195 | + Email/PDF: ebn_ais@aisinfo.com | Mar 29 2022 23:50:59 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14321945 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 29 2022 23:44:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14923395 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 29 2022 23:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14378537 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 23:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321947 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 23:44:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15183814 | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2022 23:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15228183 | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2022 23:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14334731 | + Email/PDF: cbp@onemainfinancial.com | Mar 29 2022 23:51:08 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14321949 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 29 2022 23:43:00 | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14321950 | + Email/PDF: cbp@onemainfinancial.com | Mar 29 2022 23:50:57 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14321951 | Email/Text: bankruptcypgl@plaingreenloans.com | Mar 29 2022 23:44:00 | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14639737 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:50:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14377050 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:51:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325588 | + Email/PDF: rmscedi@recoverycorp.com | Mar 29 2022 23:51:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321952 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:51:05 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14321954 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:51:04 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14321955 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 29 2022 23:43:00 | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |
| 14321956 | + Email/Text: rmcbknotices@wm.com | Mar 29 2022 23:44:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14321957 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:51:05 | WebBank, c/o Bill Me Later, Inc., PO Box 5018, Timonium, MD 21094-5018 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 300b | Total Noticed: 42 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon Trust Company, NA etal |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378589 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321942 | ##+ | Clear Spring Loan Service, 18451 North Dallas Parkway, Dallas, TX 75287-5202 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Milford Eugene Rimer III dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 300b | Total Noticed: 42 |

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 12