| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Milford Eugene Rimer III<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4732<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Connie Lynn Rimer<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7299<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  16–11100–TPA | | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Milford Eugene Rimer III                              Connie Lynn Rimer

<u>5/18/22</u>                                                       **By the court:** <u>Thomas P. Agresti</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-11100-TPA
Milford Eugene Rimer, III  Chapter 13
Connie Lynn Rimer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 4
Date Rcvd: May 18, 2022  Form ID: 3180W  Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417 |
| jdb | #+ | Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14333729 | + | Brownies Oil Co., PO Box 7, Conneaut Lake, PA 16316-0007 |
| 14321944 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14345133 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14419912 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14321946 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14321948 | + | Nationstar Mortgage LLC, PO Box 619079, Dallas, TX 75261-9079 |
| 14321953 | #+ | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14399585 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15458961 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14394940 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: GMACFS.COM | May 19 2022 03:33:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + Email/Text: RASEBN@raslg.com | May 18 2022 23:36:00 | New Residential Mortgage LLC, RAS Crane, |

Case 16-11100-TPA   Doc 154   Filed 05/20/22   Entered 05/21/22 00:25:22   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | EDI: PRA.COM | May 19 2022 03:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | May 18 2022 23:36:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321938 | + | Email/Text: bankruptcynotices@aarons.com | May 18 2022 23:36:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 East Paces Ferry Road NE, Atlanta, GA 30305-2367 |
| 14332654 | | EDI: GMACFS.COM | May 19 2022 03:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14321939 | + | EDI: GMACFS.COM | May 19 2022 03:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14321941 | | EDI: CAPITALONE.COM | May 19 2022 03:33:00 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14321940 | + | EDI: CAPITALONE.COM | May 19 2022 03:33:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14321943 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 23:33:37 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14400195 | + | EDI: AIS.COM | May 19 2022 03:33:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14321945 | + | EDI: BLUESTEM | May 19 2022 03:33:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14923395 | | EDI: JEFFERSONCAP.COM | May 19 2022 03:33:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14378537 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321947 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15183814 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 23:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15228183 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 23:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14334731 | + | EDI: AGFINANCE.COM | May 19 2022 03:33:00 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14321949 | + | EDI: LCIPHHMRGT | May 19 2022 03:33:00 | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14321950 | + | EDI: AGFINANCE.COM | May 19 2022 03:33:00 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14321951 | | Email/Text: bankruptcypgl@plaingreenloans.com | May 18 2022 23:36:00 | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14639737 | | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14377050 | | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325588 | + | EDI: RECOVERYCORP.COM | May 19 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321952 | + | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |

| 14321953 | ^ MEBN | | May 18 2022 23:32:18 | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
|---|---|---|---|---|
| 14321954 | + EDI: RMSC.COM | | May 19 2022 03:33:00 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14321955 | + EDI: VERIZONCOMB.COM | | May 19 2022 03:33:00 | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |
| 14321956 | + Email/Text: rmcbknotices@wm.com | | May 18 2022 23:36:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14321957 | + EDI: RMSC.COM | | May 19 2022 03:33:00 | WebBank, c/o Bill Me Later, Inc., PO Box 5018, Timonium, MD 21094-5018 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon Trust Company, NA etal |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378589 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321942 | ##+ | Clear Spring Loan Service, 18451 North Dallas Parkway, Dallas, TX 75287-5202 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Daniel P. Foster | |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 44 |

| | |
|---|---|
| | on behalf of Debtor Milford Eugene Rimer III dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | |
| | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pawb@fedphe.com |
| Jerome B. Blank | |
| | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com |
| John F. Kroto | |
| | on behalf of Creditor Ally Financial serviced by Ally Servicing LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 12