**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/17/22 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>MILFORD EUGENE RIMER, III<br>CONNIE LYNN RIMER<br>Debtor(s)<br><br>Ronda J. Winnecour<br>         Movant<br>    vs.<br>No Repondents. | Case No.:16-11100 TPA<br><br>Chapter 13<br><br>Document No.:  147 |

ORDER OF COURT

AND NOW, this ___17th___ day of ___May___, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE          jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11100-TPA |
| Milford Eugene Rimer, III | Chapter 13 |
| Connie Lynn Rimer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Eugene Rimer, III, 202 Kennard Road, Greenville, PA 16125-9417 |
| jdb | #+ | Connie Lynn Rimer, 202 Kennard Road, Greenville, PA 16125-9417 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14333729 | + | Brownies Oil Co., PO Box 7, Conneaut Lake, PA 16316-0007 |
| 14321944 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14345133 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14419912 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14321946 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14321948 | + | Nationstar Mortgage LLC, PO Box 619079, Dallas, TX 75261-9079 |
| 14321953 | #+ | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14399585 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15458961 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14394940 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | May 18 2022 23:35:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: RASEBN@raslg.com | May 18 2022 23:36:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | May 18 2022 23:36:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321938 | + | Email/Text: bankruptcynotices@aarons.com | May 18 2022 23:36:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 East Paces Ferry Road NE, Atlanta, GA 30305-2367 |
| 14332654 | | Email/Text: ally@ebn.phinsolutions.com | May 18 2022 23:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14321939 | + | Email/Text: ally@ebn.phinsolutions.com | May 18 2022 23:35:00 | Ally Financial, Po Box 380901, Bloomington, MN |

Case 16-11100-TPA   Doc 155   Filed 05/20/22   Entered 05/21/22 00:25:22   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 55438-0901 |
| 14321941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:33:53 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14321940 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:33:36 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14321943 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 23:33:47 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14400195 | + | Email/PDF: ebn_ais@aisinfo.com | May 18 2022 23:33:54 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14321945 | + | Email/Text: bnc-bluestem@quantum3group.com | May 18 2022 23:36:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14923395 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2022 23:36:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14378537 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321947 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15183814 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 23:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15228183 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 23:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14334731 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2022 23:33:52 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 14321949 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 18 2022 23:36:00 | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14321950 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2022 23:33:52 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |
| 14321951 | | Email/Text: bankruptcypgl@plaingreenloans.com | May 18 2022 23:36:00 | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14639737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14377050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325588 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:33:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321952 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:38 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14321953 | ^ | MEBN | May 18 2022 23:32:19 | Receivables Management Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14321954 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:36 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14321955 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 18 2022 23:35:00 | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |
| 14321956 | + | Email/Text: rmcbknotices@wm.com | May 18 2022 23:36:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14321957 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | WebBank, c/o Bill Me Later, Inc., PO Box 5018, Timonium, MD 21094-5018 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon Trust Company, NA etal |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378589 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321942 | ##+ | Clear Spring Loan Service, 18451 North Dallas Parkway, Dallas, TX 75287-5202 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Milford Eugene Rimer III dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Connie Lynn Rimer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC pawb@fedphe.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 42

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12